UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAHEEM CREWS, et al.

                       Plaintiff(s),

**REPORT AND RECOMMENDATION**

        -against-

CV 06-2610 (JFB) (WDW)

COUNTY OF NASSAU,

                     Defendant(s).
------------------------------------------------------------X

**WILLIAM D. WALL, United States Magistrate Judge:**

Appearing as plaintiffs on the docket of this action are three pro se parties who have failed repeatedly to appear for scheduled conferences, despite warnings that a recommendation of dismissal would be entered if they failed again to appear. An Initial Conference was held on July 10, 2007 and a Scheduling Order entered. See DE[60]. The pro se parties - Nancy Gilyard, Patrick Gilyard and Shameeka Dawson, did not appear on that date, despite having been notified by counsel for the other plaintiffs, Frederick Brewington, that the conference would take place. On the Civil Conference Sheet issued on July 10, the court noted the pro se plaintiffs' non-appearance and ordered that they "must appear for a further status conference in this court on July 17, 2007," warning them that their "[f]ailure to appear will result in this court's recommendation that Judge Bianco dismiss their case." DE[59] A copy of that order was served on the pro se plaintiffs by counsel for the defendant Nassau County on July 10. DE[62] On July 17, they again failed to appear, and the court now recommends dismissal of their claims with prejudice for failure to prosecute, pursuant to Federal Rule 41 (b).

**OBJECTIONS**

A copy of this Report and Recommendation is being sent to counsel for all represented parties by electronic filing on the date below. It is being mailed to the pro se parties at the

addresses that appear in the letter to them from the County's attorney dated July 10, 2007 (DE[62]).  Any objections to this Report and Recommendation must be filed with the Clerk of the Court with a courtesy copy to the undersigned within 10 days.  Failure to file objections within this period waives the right to appeal the District Court's Order.  *See* 28 U.S.C. §636 (b)(1); Fed. R. Civ. P. 72; *Beverly v. Walker,* 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchants Bank,* 84 F.3d 52, 60 (2d Cir. 1996).

Dated: Central Islip, New York
July 26, 2007

 s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge