**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE: 11/4/13 _____          TIME: 2:28 p.m. (45 min)   **FILED**
                                                                   **CLERK**

                                                          11/4/2013 4:52 pm

CASE NUMBER:        CV 06-2610 _____

                                                          **U.S. DISTRICT COURT**
TITLE:              Crews v. County of Nassau          **EASTERN DISTRICT OF NEW YORK**
                                                          **LONG ISLAND OFFICE**

PLTFFS ATTY:        Frederick Brewington and Cory Morris

DEFTS ATTY:         Matthew Cuomo, Sherri Jayson, Douglas LaBarbera, and Mitchell Garber

FTR RECORDER:2:28-3:09 _____          COURTROOM DEPUTY:   Michele Savona

OTHER: _____

 _X_    CASE CALLED.

 _X_     CONF (HELD / ADJ'D / CONT'D TO_____)

 _X__   ARGUMENT HEARD / CONT'D TO_____.

 _X__   DECISION: RESERVED.

**OTHER:** _____